■ RICHARD SCHNEIDMAN et al., Respondents, v STANLEY TOLLMAN et al., Appellants, et al., Defendants. [718 NYS2d 827] —Order, Supreme Court, New York County (Herman Cahn, J.), entered May 18, 2000, which denied defendants-appellants' motion to dismiss the amended complaint, unanimously affirmed, with costs.

The motion court properly held that plaintiffs have standing to interpose their amended complaint, since their individual claims are separate and independent from a claim on behalf of the partnership (see, *MK W. St. Co. v Meridien Hotels*, 184 AD2d 312, 313). The motion court also properly found that plaintiffs' amended pleadings were not time-barred, since they relate back to the original complaint, merely adding "additional factual detail" (see, *State of New York v St. James Nursing Home*, 128 AD2d 694, 695). Concur—Sullivan, P. J., Williams, Tom and Friedman, JJ.

■ .THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUTHER SANDERLIN, Appellant. [718 NYS2d 824] —Judgment, Supreme Court, New York County (George Daniels, J.), rendered April 1, 1997, convicting defendant, after a jury trial, of assault in the second degree, criminal possession of a weapon in the fourth degree and attempted petit larceny, and sentencing him to concurrent terms of 2½ to 5 years, 1 year and 90 days, respectively, unanimously affirmed.

At trial, defendant expressly conceded in his summation that the element of physical injury under the assault count had been established. In any event, we find that the verdict was based on legally sufficient evidence and was not against the weight of the evidence (see, *People v Guidice*, 83 NY2d 630, 636). Concur—Sullivan, P. J., Williams, Tom, Saxe and Friedman, JJ.